FILED
2023 JUN 23 AM 11:41

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARYL SHARP
_____
Plaintiff(s)

v.   Case No. 8:23 cv 1409 JLB-SPF

TIMOTHY DOLAN
_____
Defendant(s)

COMPLAINT
(Title of Document)

Daryl Sharp
11125 Park Blvd
Seminole, Florida 33778

[signature]

## Complaint

The denial because of theft, massive theft by the Archbishops listed and their financial statements attached can cease under Title 18 Section 1091 which states: Any manipulation of teaching manual, in this case, the Bible, for the purpose of abuse theft or murder is a federal offense. Listed on the Supreme Court Congressional stamped case with, a writ of certiorari and Executive Branch communication from a dozen nations the Archbishops can be charged and convicted under articles listed.

Respectfully Submitted

Daryl Sharp